AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| Adrienne Hood | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:17-cv-417 |
| City of Columbus, et al. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X  other:   Pursuant to the Opinion and Order signed on 09/25/19 by Judge George C. Smith, Defendants City of Columbus, Officers Bare and Rosen, Police Chief Kim Jacobs, Columbus Police Commander Gary Carmeron and Columbus Police Sergeant Eric Pilya Motions for Summary Judgement are Granted and this case is Dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date:   09/26/2019

*CLERK OF COURT*

/s/ Michelle D. Rahwan, Deputy Clerk

*Signature of Clerk or Deputy Clerk*