# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**ADRIENNE HOOD,**

        **Plaintiff,**

**Case No. 2:17-cv-471**
**Judge Edmund A. Sargus, Jr.**

v.

**CITY OF COLUMBUS, *et al*.,**

        **Defendants.**

## ORDER

This matter was before the Court on March 18, 2021 for a telephone status conference to discuss a trial date. During the status conference, the parties agreed to a trial date in September. This case is now set for trial on September 27, 2021. The final pretrial conference is set for September 17, 2021 at 9:00 a.m. The Court will issue a scheduling order forthwith. Additionally, this matter is set for a telephone status conference on May 6, 2021 at 10:00 a.m.

    **IT IS SO ORDERED.**

**3/18/2021**                                              **s/Edmund A. Sargus, Jr.**
**DATE**                                                   **EDMUND A. SARGUS, JR.**
                                                                  **UNITED STATES DISTRICT JUDGE**