**IN THE UNITED STATES DISTR, ICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**ADRIENNE HOOD,**

             **Case No. 2:17-cv-471**

     **Plaintiffs,**      **Judge Edmund A. Sargus, Jr.**

 **v.**

**CITY OF COLUMBUS,** *et al.*,

     **Defendants.**

## TELEPHONE NOTICE

  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place: United States District Court
   Joseph P. Kinneary U.S. Courthouse
   85 Marconi Boulevard     **May 6, 2021 at 10:00 a.m.**
   Columbus, Ohio 43215

TYPE OF PROCEEDING: **Telephone Status Conference**

  **TAKE NOTICE** that a Telephone Status Conference will be held before the Honorable

Edmund A. Sargus, Jr. on **May 6, 2021** at **10:00 a.m.** The parties are directed to call **888-684-**

**8852** and enter the access code **9586353#** and the conference security code **0471.**

        **EDMUND A. SARGUS, JR.
        UNITED STATES DISTRICT JUDGE**

DATE: March 19, 2021

         /s / Christin M. Werner
        (By) Christin M. Werner, Deputy Clerk