# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ADRIENNE HOOD, | Case No. 2:17-cv-471 |
| Plaintiff, | Judge Edmund A. Sargus, Jr. |
| v. | Magistrate Judge Elizabeth A Preston Deavers |
| CITY OF COLUMBUS, OHIO, et al., | **NOTICE OF ADDITIONAL AUTHORITY OF DEFENDANTS JASON BARE AND ZACHARY ROSEN** |
| Defendants. | |

Defendants Jason Bare and Zachary Rosen (the "Officers") have filed a renewed motion for summary judgment and motion *in limine* regarding Plaintiff Adrienne Hood's state-law claims. Plaintiff filed a memorandum in opposition. The Officers replied. One of the issues before the Court is the bar of recovery provided by O.R.C. § 2307.60(B)(2). The parties did not provide the Court with the language of O.R.C. § 2307.60(B)(4) which states:

> Divisions (B)(1) to (3) of this section do not apply to civil claims based upon alleged intentionally tortious conduct…For purposes of division (B)(4) of this section, a person's act of self-defense, [or] defense of another…does not constitute intentionally tortious conduct.

Respectfully submitted,

/s/ Westley M. Phillips
Westley M. Phillips (0077728)—LEAD
Alana Valle Tanoury (0092265)
CITY OF COLUMBUS, DEPARTMENT OF LAW
77 North Front Street, Columbus, Ohio 43215
(614) 645-7385 / (614) 645-6949 (fax)
wmphillips@columbus.gov
avtanoury@columbus.gov

Attorneys for Defendants Jason Bare
and Zachary Rosen

## CERTIFICATE OF SERVICE

I hereby certify that, on **March 26, 2021**, I electronically filed the foregoing with the Clerk of the Court by using this Court's e-Filing System, which will send a notice of this electronic filing to all counsel of record in this matter:

/s/ Westley M. Phillips
Westley M. Phillips (0077728)