Adrienne Hood,
    Plaintiff,

v.                                                                        Case Number 2:17-cv-471
                                                                       Judge Sargus, Jr.

Jason S. Bare., *et al.*,
    Defendants.

# Jury Trial Day 1
## Monday, November 8, 2021
## before Judge Edmund A. Sargus, Jr.

For Plaintiff: Sean Walton, Chanda Brown and John Bey
For Defendants: Westley Phillips and Alana Tanoury
Court Reporter: Darla Coulter and Shawna Evans
Courtroom Deputy: Christin Werner

    8:30 a.m. Conference held in chambers.
    9:00 a.m. Prospective jurors sworn in and Voir Dire begins.
    11:30 a.m. Jury selected.
    12:45 p.m. Jury instructions given.
    1:00 p.m. Opening statement by plaintiff (attorney Bey).
    1:30 p.m. Opening statement by defendants (attorney Phillips).

Dr. Francisco J. Diaz called by plaintiff (attorney Bey).
Dr. Diaz testified to plaintiff exhibit B.
Cross examination of Dr. Diaz by defendants (attorney Tanoury).
Redirect examination of Dr. Diaz by plaintiff (attorney Bey).
Recross examination of Dr. Diaz by defendants (attorney Tanoury).

Dr. Donald V. Pojman called by plaintiff (attorney Bey).
Dr. Pojman testified to exhibits P 23 LL, P 23 EEEE, P 23 OOO, P 23 GGG, P 23 DDD and P 23 SS.

    4:30 p.m. Court adjourns until 8:45 a.m., Tuesday, November 9, 2021.