**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| ADRIENNE HOOD,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF COLUMBUS, OHIO, et al.,<br><br>　　　　　　Defendants. | Case No. 2:17-cv-471<br><br>Judge Edmund A. Sargus<br><br>Magistrate Judge<br>Elizabeth A Preston Deavers<br><br>**DEFENDANTS' NOTICE OF FILING OF DESIGNATED DEPOSITION** |

Defendants hereby give notice that they are filing the designated deposition of Traci Shaw with the Court.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ Westley M. Phillips
　　　　　　　　　　　　　　　　Westley M. Phillips (0077728) - LEAD
　　　　　　　　　　　　　　　　Alana Valle Tanoury (0092265)
　　　　　　　　　　　　　　　　Assistant City Attorneys
　　　　　　　　　　　　　　　　CITY OF COLUMBUS, DEPARTMENT OF LAW
　　　　　　　　　　　　　　　　ZACH KLEIN, CITY ATTORNEY
　　　　　　　　　　　　　　　　77 N. Front Street, Columbus, Ohio 43215
　　　　　　　　　　　　　　　　(614) 645-7385 / (614) 645-6949 (fax)
　　　　　　　　　　　　　　　　wmphillips@columbus.gov
　　　　　　　　　　　　　　　　avtanoury@columbus.gov

　　　　　　　　　　　　　　　　Attorneys for Defendants

2

**CERTIFICATE OF SERVICE**

    I hereby certify that, on November 9, 2021, I electronically filed the foregoing with the Clerk of this Court by using this Court's CM/ECF System, which will send a notice of this electronic filing to all counsel of record in this matter.

                                            /s/ Westley M. Phillips
                                            Westley M. Phillips (0077728)