Adrienne Hood,
    Plaintiff,

v.                                              Case Number 2:17-cv-471
                                                  Judge Sargus, Jr.

Jason S. Bare., *et al*.,
    Defendants.

# Jury Trial Day 2
## Tuesday, November 9, 2021
## before Judge Edmund A. Sargus, Jr.

For Plaintiff:  Sean Walton, Chanda Brown and John Bey
For Defendants: Westley Phillips and Alana Tanoury
Court Reporter: Darla Coulter and Lahana DuFour
Courtroom Deputy:  Christin Werner

Dr. Donald V. Pojman testimony continues by plaintiff (attorney Bey).
Dr. Pojman testified to exhibits P 24, P 23 EEEE and P 23 HHHH.
Recross examination of Dr. Pojman by defendants (attorney Tanoury).
Redirect examination of Dr. Pojman by plaintiff (attorney Bey).

Dr. Michael Lyman called by plaintiff (attorney Bey).
Cross examination of Dr. Lyman by defendants (attorney Phillips).
Recross examination of Dr. Lyman by plaintiff (attorney Bey).

Jamar Jordan called by plaintiff (attorney Bey).
Mr. Jordan testified to exhibits dash camera picture, JE 23 and JE 25.
Cross examination of Mr. Jordan by defendants (attorney Phillips).

- 11:15 a.m. Break of cross examination of Mr. Jordan to conduct Jury view of SUV.

Cross examination continues of Mr. Jordan by defendants (attorney Phillips).
Mr. Jordan testified to exhibits D.78, D.80 and D.79.
Redirect examination of Mr. Jordan by plaintiff (attorney Bare).
Mr. Jordan testified to exhibit audio exhibit.
Recross examination of Mr. Jordan by defendants (attorney Phillips).

Ericka Hickman called by plaintiff (attorney Bare).
Ms. Hickman testified exhibits JE13 and JE34.
Cross examination of Ms. Hickman by defendants (attorney Phillips).
Redirect examination of Ms. Hickman by plaintiff (attorney Bare).
Ms. Hickman testified to exhibit JE25.

Recross examination of Ms. Hickman by defendants (attorney Phillips).

Shawnta Willis called by plaintiff plaintiff (attorney Bare).
Ms. Willis testified to exhibit JE 30.
Cross examination of Ms. Willis by defendants (attorney Tanoury).
Ms. Willis testified to exhibit D. 78.
Redirect examination of Ms. Willis by plaintiff (attorney Bare).
Ms. Willis testified to exhibit JE 24.

Arman Green called by plaintiff (attorney Bare).
Cross examination of Mr. Green by defendants (attorney Tanoury).
Mr. Green testified to exhibit D. 78.

Antoine Moss, Jr. called by plaintiff (attorney Bare).
Cross examination of Mr. Moss by defendants (attorney Tanoury).
Mr. Moss testified to exhibit D. 78,.
Redirect examination of Mr. Moss.

Stipulations read into the record.

    4:00 p.m. Court adjourns until 8:45 a.m., Wednesday, November 10, 2021.