Adrienne Hood,
    Plaintiff,

v.                                                                    Case Number 2:17-cv-471
                                                                               Judge Sargus, Jr.

Jason S. Bare., *et al*.,
    Defendants.

# Jury Trial Day 3
## Wednesday, November 10, 2021
## before Judge Edmund A. Sargus, Jr.

For Plaintiff:  Sean Walton, Chanda Brown and John Bey
For Defendants: Westley Phillips and Alana Tanoury
Court Reporter: Darla Coulter and Lahana DuFour
Courtroom Deputy:  Christin Werner

Officer Jason Bare called by plaintiff (attorney Bey).
Officer Bare testified to exhibit picture of Bare.

Officer Zachary Rosen called by plaintiff (attorney Walton).
Officer Rosen testified to exhibit video deposition of Rosen.

Sergeant Adrienne Hood called by plaintiff (attorney Bey).
Sergeant Hood testified to two pictures of Henry Green.
Cross examination of Sergeant Hood by defendants (attorney Phillips).

Dr. Kenneth Manges called by plaintiff (attorney Bey).
Cross examination of Dr. Manges by (attorney Phillips).

- The plaintiff rests.

Defense counsel moves for directive verdict.  Motion DENIED under Rule 50.

Officer Martin A. Kestner called by defendants (attorney Tanoury).
Officer Kestner testified to exhibits D. 245,
Redirect examination of Officer Kestner by plaintiff (attorney Bey).

Officer Zachary Rosen called by defendants (attorney Phillips).
Officer Rosen testified to D. 164, JE 31, JE 4, JE 27, D. 18, D. 54, D. 19, D. 17, JE 26 and JE 4.
Cross examination of Officer Rosen by plaintiff (attorney Walton).
Officer Rosen testified to exhibits Deposition exhibit F, D. 164, D. 74, JE 4, P. 43 and P. 40.
Redirect examination of Officer Rosen by defendants (attorney Phillips).

Officer Rosen testified to exhibit JE 27.
Recross examination of Officer Rosen by plaintiff (attorney Walton).

Officer Jason Bare called by defendants (attorney Phillips).
Officer Bare testified to exhibits JE 31, D. 54, D. 17, JE 27 and video of officers arriving at the scene.
Cross examination of Officer Bare by plaintiff (attorney Bey).
Redirect examination of Officer Bare by defendants (attorney Phillips).
Recross examination of Officer Bare by plaintiff (attorney Bey).

    4:00 p.m. Court adjourns until 8:45 a.m., Friday, November 12, 2021.