Adrienne Hood,
    Plaintiff,

v.                                                Case Number 2:17-cv-471
                                                     Judge Sargus, Jr.

Jason S. Bare., *et al.*,
    Defendants.

# Jury Trial Day 4
# Friday, November 12, 2021
# before Judge Edmund A. Sargus, Jr.

For Plaintiff:  Sean Walton, Chanda Brown and John Bey
For Defendants: Westley Phillips and Alana Tanoury
Court Reporter: Darla Coulter and Lahana DuFour
Courtroom Deputy:  Christin Werner

Detective Larry Shoaf called by defendants (attorney Tanoury).
Detective Shoaf testified to exhibits JE 24, JE 26, D. 123, D. 17, D. 37, JE 1, JE 27 D. 195, D. 45, D. 47, D. 57, D. 200, D. 54 and D. 50.
Cross examination of Detective Shoaf by plaintiff (attorney Bey).
Detective Shoaf testified to exhibits JE 1, JE 24, JE 27, D. 195, D. 45 and JE 26.

Detective Gregory Sheppard called by defendants (attorney Tanoury).
Detective testified to exhibits D. 42 and D. 61.
Cross examination of Detective Sheppard by plaintiff (attorney Bey).
Detective Sheppard testified to exhibits JE 3, P. 17, JE 26 and P. 18.
Redirect examination of Detective Sheppard by defendants (attorney Tanoury).
Detective Sheppard testified to exhibit D. 245.
Recross examination of Detective Sheppard by plaintiff (attorney Bey).

Matthew Noedel called by defendants (attorney Tanoury).
Mr. Noedel testified to exhibits D. 22, D. 18, D. 26, D. 23, D. 20, D. 24 and D. 17.
Cross examination of Mr. Noedel by plaintiff (attorney Bey).
Mr. Noedel testified to exhibits JE 24 and P 23 LL.
Redirect examination of Mr. Noedel by defendants (attorney Tanoury).
Re cross examination of Mr. Noedel by plaintiff (attorney Bey).
Mr. Noedel testified to exhibit P 23 III.

- Defendants' rest.
- Jury instructions reviewed and agreed upon.

4:00 p.m. Court adjourns until 1:00 p.m., Monday. November 15, 2021.