Adrienne Hood,
    Plaintiff,

v.                                                                       Case Number 2:17-cv-471
                                                                         Judge Sargus, Jr.

Jason S. Bare., *et al*.,
    Defendants.

## Jury Trial Day 5
## Monday, November 15, 2021
## before Judge Edmund A. Sargus, Jr.

For Plaintiff:  Sean Walton, Chanda Brown and John Bey
For Defendants: Westley Phillips and Alana Tanoury
Court Reporter: Darla Coulter
Courtroom Deputy:  Christin Werner

- Closing argument by plaintiff (attorney Bey)
- Closing argument by defendants (attorney Phillips)
- Rebuttal by plaintiff (attorney Bey)
- Jury instructions read
- 3:45 p.m. Jury starts their deliberation.

4:30 p.m. Court adjourns until 9:00 a.m., Tuesday, November 16, 2021.