Adrienne Hood,
    Plaintiff,

v.                                                                    Case Number 2:17-cv-471
                                                                       Judge Sargus, Jr.

Jason S. Bare., *et al.*,
    Defendants.

## Jury Trial Day 6
## Tuesday, November 16, 2021
## before Judge Edmund A. Sargus, Jr.

For Plaintiff:  Sean Walton, Chanda Brown and John Bey
For Defendants: Westley Phillips and Alana Tanoury
Court Reporter: Darla Coulter
Courtroom Deputy:  Christin Werner

- 9:00 a.m. Jury deliberation continues.
- Allen Charge read.  Jurors will continue deliberations tomorrow, Wednesday, November 17, 2021.

4:30 p.m. Court adjourns until 9:00 a.m., Wednesday, November 17, 2021.