Adrienne Hood,
    Plaintiff,

v.                                                                               Case Number 2:17-cv-471
                                                                              Judge Sargus, Jr.

Jason S. Bare., *et al*.,
    Defendants.

## Jury Trial Day 7
## Wednesday, November 17, 2021
## before Judge Edmund A. Sargus, Jr.

For Plaintiff:  Sean Walton, Chanda Brown and John Bey
For Defendants: Westley Phillips and Alana Tanoury
Court Reporter: Darla Coulter
Courtroom Deputy:  Christin Werner

- 9:00 a.m. Jury deliberation continues.
- Second Allen Charge read.  Jurors will continue with their deliberations.

Juror number 20 placed under oath regarding note received.

- 2:15 p.m. the jurors cannot come to a unanimous decision.  Mistrial declared.