## IN THE UNITED STATES DISTR, ICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**ADRIENNE HOOD,**

              **Plaintiffs,**

 **v.**

**JASON S. BARE,** *et al.*,

              **Defendants.**

        **Case No. 2:17-cv-471**

        **Judge Edmund A. Sargus, Jr.**

## NOTICE

     **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:  United States District Court
       Joseph P. Kinneary U.S. Courthouse
       85 Marconi Boulevard           **November 23, 2021 at 4:00 p.m.**
       Columbus, Ohio 43215

TYPE OF PROCEEDING: **Status Conference via GoToMeeting**

                    **EDMUND A. SARGUS, JR.**
                    **UNITED STATES DISTRICT JUDGE**

DATE:  November 22, 2021

                    /s /  Christin M. Werner
                    (By) Christin M. Werner, Deputy Clerk