, 2021TO:    Honorable Edmund A. Sargus , Clerk of Court, and Counsel of Record

From:       N. John Bey, Esq.

RE:         Notice of Leave of Absence

Date:       November 23, 2021

**COMES NOW, N. John Bey**, and respectfully notifies all judges before whom he has pending cases, all affected clerks of court, and all opposing counsel, that he will be on leave pursuant to Georgia Uniform Court Rule 16.

The period of leave during which time Applicant will be away from the practice of law is:

- December 2, 2021 -December 4, 2021: Summit Council Retreat
- December 9, 2021: Gate City Bar Association Event
- December 13, 2021 – December 15, 2021: Personal Leave Georgia Bar Association ICLE Speaking on Trial and Practice
- December 20, 2021 – January 4, 2022: Jackson Elementary Holiday Break
- January 12, 2022: Speaking invitation
- January 14, 2022 – January 19, 2022: Personal Leave
- January 24, 2022 – January 27, 2022: Bey Leadership Retreat
- January 28, 2022: American Association for Justice
- January 30, 2022 – February 2, 2022: Trail Lawyers Summit
- February 2, 2022 – February 15, 2022: AAJ Winter Convention Executive Committee Meeting Board of Governors Meeting
- February 16, 2022 – February 20, 2022: Southern Trial Lawyers Board Meeting
- February 26, 2022 – March 6, 2022: Family Trip
- March 11, 200: NLD Phone - Boston
- March 17, 2022 – March 22, 2022: Family Obligation

- April 1, 2022: NLD Phone Drive - San Antonio TX

- April 2, 2022 – April 10, 2022: Jackson Elementary Spring Break - Vacation

- April 25, 2022 – April 29, 2022L AAJ Spring Board of Governors Meetings

- July 16, 2022 – July 19, 2022: AAJ Annual Convention

All affected judges and opposing counsel shall have ten days from the date of this Notice to object to the same. If no objections are filed, the leave shall be granted.

This 23RD day of November, 2021.

Respectfully submitted,

_____

N. John Bey
Bar No. 11879

**BEY & ASSOCIATES, LLC**
191 Peachtree Street, Suite 3200
Atlanta, Georgia 30303
Telephone: (404) 344-4448
Fax: (404) 393-6107
Email: john@beyandassociates.com

| CASE | COURT | OPPOSING COUNSEL |
|---|---|---|
| Adrienne Hood v. Jason Bare, et al<br>17-cv-471 | U. S. District Court<br>Southern District of Ohio | Westley M. Phillips<br>Alana Tanoury<br>Assistant City Attorney<br>Columbus City Attorney's Office<br>(614) 645-6959<br>(614) 645-6949 (fax)<br>wmphillips@columbus.gov<br>avtanoury@columbus.gov<br>www.columbuscityattorney.org<br>77 North Front Street<br>Columbus, Ohio 43215 |