# IN THE UNITED STATES DISTR, ICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ADRIENNE HOOD,**

         **Case No. 2:17-cv-471**
  **Plaintiffs,**   **Judge Edmund A. Sargus, Jr.**

**v.**

**JASON S. BARE,** *et al.*,

  **Defendants.**

## NOTICE

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place: United States District Court
    Joseph P. Kinneary U.S. Courthouse
    85 Marconi Boulevard    **November 29, 2021 at 11:00 a.m.**
    Columbus, Ohio 43215

TYPE OF PROCEEDING: **Status Conference via GoToMeeting**

            **EDMUND A. SARGUS, JR.**
            **UNITED STATES DISTRICT JUDGE**

DATE: November 23, 2021

             /s/ Christin M. Werner
            (By) Christin M. Werner, Deputy Clerk