# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ADRIENNE HOOD, | Case No. 2:17-cv-471 |
| Plaintiff, | |
| v. | Judge Edmund A. Sargus |
| JASON BARE, et al., | Magistrate Judge Elizabeth Preston Deavers |
| Defendants. | **PLAINTIFF'S NOTICE OF ADOPTION OF PRIOR FILINGS** |

Pursuant to the Court's Amended Order Setting Trial Date (ECF No. 346), Plaintiff Adrienne Hood, hereby adopts the following filing that was previously submitted to the Court: Plaintiff's Proposed Voir Fire Questions (ECF No. 327).

Respectfully submitted this 28th day of March 2022.

**BEY & ASSOCIATES LLC**

/s/N. John Bey
N. John Bey
Georgia Bar No. 118279
191 Peachtree Street N.E., Suite 3230
Atlanta, Georgia 30303
Telephone: (404) 344-4448
Facsimile: (404) 393-6107
John@beyandassociates.com

/s/ Sean L. Walton
Sean L. Walton (0088401)
Chanda L. Brown (0081076)
Walton + Brown, LLP
395 E. Broad Street, Suite 200
Columbus, Ohio 43215
T: (614) 636-3476
F: (614) 636-3453
swalton@waltonbrownlaw.com
cbrown@waltonbrownlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on **March 28, 2022**, I electronically filed the foregoing with the Clerk of this Court by using the Court's CM/ECF System. Copies will be served upon the counsel of record by, and may be obtained through, the Court's CM/ECF System.

/s/ Sean L. Walton
Sean L. Walton (0088401)

2