# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ADRIENNE HOOD,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JASON BARE, et al.,<br><br>　　　　　　Defendants. | Case No. 2:17-cv-471<br><br>Judge Edmund A. Sargus<br><br>Magistrate Judge<br>Elizabeth Preston Deavers<br><br>**PLAINTIFF'S NOTICE OF ADOPTION OF PRIOR FILING: PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS** |

　　　　Pursuant to the Court's Amended Order Setting Trial Date (ECF No. 346), Plaintiff Adrienne Hood hereby adopts the following filing that was previously submitted to the Court: "Plaintiff's Proposed Voir Dire Questions" (ECF No. 327).

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　*/s/* N. John Bey
　　　　　　　　　　　　　　　　N. John Bey
　　　　　　　　　　　　　　　　Georgia Bar No. 118279
　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　191 Peachtree Street N.E., Suite 3230
　　　　　　　　　　　　　　　　Atlanta, Georgia 30303
　　　　　　　　　　　　　　　　Telephone: (404) 344-4448
　　　　　　　　　　　　　　　　Facsimile: (404) 393-6107
　　　　　　　　　　　　　　　　John@beyandassociates.com

　　　　　　　　　　　　　　　　*/s/* Sean L. Walton
　　　　　　　　　　　　　　　　Sean L. Walton (0088401) Chanda L. Brown
　　　　　　　　　　　　　　　　(0081076) Walton + Brown, LLP
　　　　　　　　　　　　　　　　395 E. Broad Street, Suite 200
　　　　　　　　　　　　　　　　Columbus, Ohio 43215
　　　　　　　　　　　　　　　　T: (614) 636-3476
　　　　　　　　　　　　　　　　F: (614) 636-3453
　　　　　　　　　　　　　　　　swalton@waltonbrownlaw.com
　　　　　　　　　　　　　　　　cbrown@waltonbrownlaw.com
　　　　　　　　　　　　　　　　Attorneys for Plaintiff

2

## CERTIFICATE OF SERVICE

I hereby certify that, on **March 28, 2022**, I electronically filed the foregoing with the Clerk of this Court by using the Court's CM/ECF System. Copies will be served upon the counsel of record by, and may be obtained through, the Court's CM/ECF System.

/s/ N. John Bey
N. John Bey
Georgia Bar No. 118279
Attorney for Plaintiff