# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ADRIENNE HOOD,**

    **Plaintiff,**

    v.

**Case No. 2:17-cv-471**
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Elizabeth A. Preston Deavers**

**JASON BARE, et al.,**

    **Defendants.**

## ORDER

This case came before the Court for a final pretrial conference on April 1, 2022. The trial date is amended to April 18, 2022. Furthermore, for the reasons discussed during the conference, Plaintiff's Motion for Entry of Certified Order (ECF No. 380) is **DENIED**.

    **IT IS SO ORDERED.**


**4/4/2022**                                                 **s/Edmund A. Sargus, Jr.**
**DATE**                                                       **EDMUND A. SARGUS, JR.**
                                                                **UNITED STATES DISTRICT JUDGE**