# IN THE UNITED STATES DISTR, ICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ADRIENNE HOOD,**

                                              **Case No. 2:17-cv-471**

        **Plaintiffs,**                     **Judge Edmund A. Sargus, Jr.**

**v.**

**CITY OF COLUMBUS,** *et al.*,

        **Defendants.**

## TELEPHONE NOTICE

        **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:   United States District Court
          Joseph P. Kinneary U.S. Courthouse
          85 Marconi Boulevard                   **April 14, 2022 at 10:00 a.m.**
          Columbus, Ohio 43215

TYPE OF PROCEEDING: **Telephone Status Conference**

        **TAKE NOTICE** that a Telephone Status Conference will be held before the Honorable Edmund A. Sargus, Jr. on **April 14, 2022** at **10:00 a.m.** The parties are directed to call **888-684-8852** and enter the access code **9586353#** and the conference security code **0471.**


                                                **EDMUND A. SARGUS, JR.**
                                                **UNITED STATES DISTRICT JUDGE**

DATE:   April 12, 2022

                                               /s /   Christin M. Werner
                                             (By) Christin M. Werner, Deputy Clerk