Adrienne Hood,
    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　Case Number 2:17-cv-471
　　　　　　　　　　　　　　　　　　　　　　Judge Sargus, Jr.

Jason S. Bare., *et al.*,
    Defendants.

## Jury Trial Day 1
## Monday, April 18, 2022
## before Judge Edmund A. Sargus, Jr.

For Plaintiff:  Sean Walton and John Bey
For Defendants: Westley Phillips and Alana Tanoury
Court Reporter: Crystal Hatchett
Courtroom Deputy:  Christin Werner

    8:30 a.m. Conference held in chambers.
    9:00 a.m. Prospective jurors sworn in and Voir Dire begins.
    11:00 a.m. Jury selected and Jury instructions given.
    11:20 a.m. Opening statement by plaintiff (attorney Bey).
    12:00 p.m. Lunch break.
    1:00 p.m. Opening statement by defendants (attorney Phillips).
    4:30 p.m. Court adjourns until 8:45 a.m., April 19, 2022.

Officer Tracy Shaw called by plaintiff (attorney Bey).

Detective Gregory Sheppard called by plaintiff (attorney Bey).
Detective Shepard testified to exhibits P24, P23, P17.01, JE24, JE27 and JE26.

Officer Zachary Rosen called by plaintiff (attorney Walton).
Officer Rosen testified to exhibits P20, JE19, JE25, JE55.

Officer Jason S. Bare called by plaintiff (attorney Bey)

Jamar Jordan called by plaintiff (attorney Bey).
Cross examination of Mr. Jordan by defendants(attorney Phillips).
Redirect examination by plaintiff (attorney Bey).
Mr. Jordan testified to exhibit D78, D79, D80 and JE26.

Arman Green called by plaintiff (attorney Walton)
Cross examination of Mr. Green by defendants  (attorney Tanoury).
Redirect examination of Mr. Green by plaintiff (attorney Walton).
Mr. Green testified to exhibit D78.