Adrienne Hood,
    Plaintiff,

v.                                                            Case Number 2:17-cv-471
                                                              Judge Sargus, Jr.

Jason S. Bare., *et al.*,
    Defendants.

## Jury Trial Day 2
## Tuesday, April 19, 2022
## before Judge Edmund A. Sargus, Jr.

For Plaintiff:  Sean Walton and John Bey
For Defendants: Westley Phillips and Alana Tanoury
Court Reporter: Crystal Hatchett
Courtroom Deputy:  Christin Werner


      9:00 a.m. Jury Trial day 2 commenced
      12:00 p.m. Lunch break.
      4:30 p.m. Court adjourns until 9:00 a.m., April 20, 2022.


Jherri Alfred called by plaintiff (attorney Walton).
Mr. Alfred testified to exhibits P71 and JE25.
Cross examination of Mr. Alfred by defendants (attorney Phillips).
Mr. Alfred testified to exhibits D84, D86, D114 and portions of depositions played.
Redirect examination of Mr. Alfred by plaintiff (attorney Walton).
Mr. Alfred testified to exhibits D114 and JE25.
Recross examination of Mr. Alfred by defendants (attorney Phillips).
Mr. Alfred testified to exhibits D114 and portion of depositions played.

Antoine Moss called by plaintiff (attorney Walton).
Mr. Moss testified to exhibit P73.
Cross examination of Mr. Moss by defendants (attorney Tanoury).
Mr. Moss testified to exhibits D78 and D247.
Redirect examination of Mr. Moss by plaintiff (attorney Walton).
Recross examination of Mr. Moss by defendants (attorney Tanoury).

Shawnta Willis called by plaintiff (attorney Bey).
Ms. Willis testified to exhibits P73, JE24 and JE26.
Cross examination of Ms. Willis by defendants (attorney Tanoury).
Ms. Willis testified to exhibits D78 and D247.
Redirect examination of Ms. Willis by plaintiff (attorney Bey).

Dr. Pojman called by plaintiff (attorney Bey).
Dr. Pojman testified to exhibits P.24, P23.66 and P23.58.
Cross examination of Dr. Pojman by defendants (attorney Tanoury).
Redirect examination of Dr. Pojman by plaintiff.

Dr. Francisco Diaz called by plaintiff (attorney Bey).
Dr. Diaz testified to exhibits P25.01, P23.66 and P23.58.
Cross examination of Dr. Diaz by defendants (attorney Tanoury).
Redirect examination of Dr. Diaz by plaintiff (attorney Bey).
Re recross examination of Dr. Diaz by plaintiff (attorney Bey).
Re redirect examination of Dr. Diaz by defendants (attorney Tanoury).

Dr. Michael Lyman called by plaintiff (attorney Bey).
Dr. Lyman testified to exhibit P52.
Cross examination of Dr. Lyman by defendants (attorney Phillips).
Redirect examination of Dr. Lyman by plaintiff (attorney Bey).

Sergeant Adrienne Hood called by plaintiff (attorney Walton).