Adrienne Hood,
    Plaintiff,

v.                                                              Case Number 2:17-cv-471
                                                                   Judge Sargus, Jr.

Jason S. Bare., *et al*.,
    Defendants.

<h1 style="text-align:center">Jury Trial Day 3<br>Wednesday, April 20, 2022<br>before Judge Edmund A. Sargus, Jr.</h1>

For Plaintiff:  Sean Walton and John Bey
For Defendants: Westley Phillips and Alana Tanoury
Court Reporter: Crystal Hatchett
Courtroom Deputy:  Christin Werner


      9:00 a.m. Jury Trial day 3 commenced
      12:00 p.m. Lunch break.
      4:30 p.m. Court adjourns until 9:00 a.m., April 21, 2022.


Sergeant Adrienne Hood direct continues by plaintiff (attorney Walton).
Cross examination of Sergeant Hood by defendants (attorney Phillips).
Redirect examination of Sergeant Hood by plaintiff (attorney Walton).

**The Plaintiffs rest.

Defense counsel moves for a directive verdict.  Motion DENIED under Rule 50.

Officer Martin Kestner called by defendants (attorney Tanoury).
Officer Kestner testified to exhibit D245.
Cross examination of Officer Kestner by plaintiff (attorney Bey).
Officer Kestner testified to exhibits D245 and D73.
Redirect examination of Officer Kestner by defendants (attorney Tanoury).
Recross examination of Officer Kester by plaintiff (attorney Bey),

Officer Zachary Rosen called by defendants (attorney Phillips).
Officer Rosen testified to exhibits JE55, JE31, JE4, JE27, D64, JE43, JE50, JE51, JE44, JE47, JE57, JE42, JE26 and JE4.
Cross examination of Officer Rosen by plaintiff (attorney Walton).
Officer Rosen testified to exhibits Clip 10 deposition testimony, P31, P42, JE36, P40, Clip 8 deposition testimony, D114, Rosen Deposition F, P43, Clip 6 Rosen deposition testimony, Rosen deposition testimony clip 3, JE25 and P37.

Redirect examination of Officer Rosen by defendants (attorney Phillips).
Recross examination of Officer Rosen by plaintiff (attorney Walton)

Larry Shoaf called by defendants (attorney Tanoury).
Mr. Shoaf testified to exhibits JE24, JE26, JE27, JE45, JE54, JE42, D160, JE1, JE56, JE49, JE57, JE52, JE51, JE50, D60 and JE53.
Cross examination of Mr. Shoaf by plaintiff (attorney Bey).
Mr. Shoaf testified to exhibits JE1, JE26 and P17-A.
Redirect examination of Mr. Shoaf by defendants (attorney Tanoury).

Officer Jason Bare called by defendants (attorney Phillips).
JE31, JE51, JE42 and JE 27.

Plaintiff moves the spoliation motion.  Motion is DENIED..