Adrienne Hood,
    Plaintiff,

v.                                                    Case Number 2:17-cv-471
                                                        Judge Sargus, Jr.

Jason S. Bare., *et al*.,
    Defendants.

# Jury Trial Day 4
# Thursday, April 21, 2022
# before Judge Edmund A. Sargus, Jr.

For Plaintiff:  Sean Walton and John Bey
For Defendants: Westley Phillips and Alana Tanoury
Court Reporter: Crystal Hatchett and Allison Kimmel
Courtroom Deputy:  Sherry Nichols

    9:00 a.m. Jury Trial - day 4 commenced
    12:00 p.m. Lunch break.
    4:30 p.m. Court adjourns until 9:00 a.m., April 25, 2022.

Cross exam of Officer Bare by plaintiff (attorney Bey)
Re-direct by defendant (attorney Phillips)
Re-cross by plaintiff (attorney Bey)
Officer Bare testified to exhibits:  P Video Clip 14, P36, P37, P Video Clip 7.

Direct exam of Gregory Sheppard by defendant (attorney Tanoury)
Cross exam by plaintiff (attorney Bey)
Re-direct by defendant (attorney Tanoury)
Re-cross by plaintiff (attorney Bey)
Mr. Sheppard testified to exhibits: J46, P17.01, P.24

Direct exam of Expert Witness Matthew Noedell by defendant (attorney Tanoury)
Cross exam by plaintiff (attorney Bey)
Re-direct by defendant (attorney Tanoury)
Re-cross by plaintiff (attorney Bey)
Expert Witness Noedell testified to exhibits: JE42, JE46, D25, JE56, J43, D22, D26, D23, D21, Mr. Noedell's report, J24, P47, P23.36, P23.66, J25

*Jury views vehicle - located on USDC loading dock

2:50 p.m.  Jury excused for the day

Defendants' motion Court for directive verdict; motion denied