Adrienne Hood,
     Plaintiff,

v.                              Case Number 2:17-cv-471
                                    Judge Sargus, Jr.

Jason S. Bare., *et al*.,
     Defendants.

# Jury Trial Day 5
## Monday, April 25, 2022
### before Judge Edmund A. Sargus, Jr.

For Plaintiff:  Sean Walton and John Bey
For Defendants: Westley Phillips and Alana Tanoury
Court Reporter: Crystal Hatchett and Allison Kimmel
Courtroom Deputy:  Sherry Nichols

     9:00 a.m.   Jury Trial - day 5 commenced
     11:45 a.m. Lunch break
     1:20 p.m.  Jury begins deliberating
     3:15 p.m.  Verdict - Defendants' found not-guilty as to all counts
     3:30 p.m.  Court adjourned

Closing arguments by Plaintiff (attorney Bey)
Closing arguments by Defendants' (attorney Phillips)
Rebuttal by Plaintiff (attorney Bey)
Jury instructions