IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ADRIENNE HOOD,

    Plaintiff,

v.

JASON S. BARE, *et al.*,

    Defendants.

Case No. 2:17-cv-471

JUDGE EDMUND A. SARGUS, JR.

## VERDICT FORM NO. 1

Do you find, by preponderance of the evidence, that Defendant Officer Zachary Rosen, while acting under color of state law, violated Henry Green's constitutional right to be free from excessive force?  (Regardless of your answer, proceed to the second form.)

    _____  Yes



    - or -

    X  No

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ADRIENNE HOOD,

    Plaintiff,

v.

JASON S. BARE, *et al.*,

    Defendants.

Case No. 2:17-cv-471

JUDGE EDMUND A. SARGUS, JR.

### VERDICT FORM NO. 3

Do you find, by a preponderance of the evidence, that Defendant Officer Zachary Rosen committed assault and battery against Henry Green and did so maliciously, in bad faith, wantonly, or recklessly?



\_\_\_\_\_ Yes

- or -

☒ No

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ADRIENNE HOOD,

    Plaintiff,

v.

Case No. 2:17-cv-471

JUDGE EDMUND A. SARGUS, JR.

JASON S. BARE, *et al.*,

    Defendants.

## VERDICT FORM NO. 5

Do you find, by preponderance of the evidence, that Defendant Officer Jason Bare, while acting under color of state law, violated Henry Green's constitutional right to be free from excessive force?

   _____ Yes

       - or -

   __X__ No

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ADRIENNE HOOD,

    Plaintiff,

v.

Case No. 2:17-cv-471

JUDGE EDMUND A. SARGUS, JR.

JASON S. BARE, *et al.*,

    Defendants.

### VERDICT FORM NO. 7

Do you find, by a preponderance of the evidence, that Defendant Officer Jason Bare committed assault and battery against Henry Green and did so maliciously, in bad faith, wantonly, or recklessly?



\_\_\_\_\_ Yes

- or -

__X__ No

39