AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | |
|---|---|
| ADRIENNE HOOD, | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.    2:17-cv-471 |
| JASON S. BARE, et al., | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☒ other:   Defendants found not guilty as to all counts _____ _____ .

This action was *(check one)*:

☒ tried by a jury with Judge _____ Edmund A. Sargus, Jr. _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ _____ .

Date: _____04/26/2022_____

CLERK OF COURT

*Christi M. Wen*

*Signature of Clerk or Deputy*