# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ADRIENNE HOOD,<br><br>Plaintiff,<br><br>v.<br><br>JASON S. BARE, et al.,<br><br>Defendants. | Case No. 2:17-cv-471<br><br>Judge Edmund A. Sargus, Jr.<br><br>Magistrate Judge<br>Elizabeth A. Preston Deavers<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff Adrienne Hood (individually and in her capacity as Administrator of the Estate of Henry Green V) hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Clerk's Judgment entered against Plaintiff (Doc. 403) pursuant to Fed. R. App. P. 4(a).

**BEY & ASSOCIATES LLC**

**/s/N. John Bey**
N. John Bey
Georgia Bar No. 118279
Attorney for Plaintiff
191 Peachtree Street N.E., Suite 3230
Atlanta, Georgia 30303
Telephone: (404) 344-4448
Facsimile: (404) 393-6107
John@beyandassociates.com

**/s/ Sean L. Walton**
Sean L. Walton (0088401)
Chanda L. Brown (0081076)
Walton + Brown, LLP
395 E. Broad Street, Suite 200
Columbus, Ohio 43215
T: (614) 636-3476
F: (614) 636-3453

swalton@waltonbrownlaw.com
cbrown@waltonbrownlaw.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on **May 27, 2022**, I electronically filed the foregoing with the Clerk of the Court by using this Court's e-Filing System, which will send a notice of this electronic filing to all counsel of record in this matter.

**/s/ Sean L. Walton**
Sean L. Walton (0088401)